# Exhibit A

**Liquidation Analysis**

Description of Asset:

| Real Estate | Value: | Secured Claims(s): | Net Asset Value: | Exemption Amount Claimed: | Exemption Law | Liquidation Value: |
|---|---|---|---|---|---|---|
| Homestead: 13666 514th Ave, Vernon Center MN 56090 | $444,900.00 | (floating blanket loan) $430,000.00 | $90,900.00 | $444,900.00 | Minn. Stat. §§ 510.01, 510.02 | $0.00 |
| Daughters Homestead: 13282 521st Lane, Vernon Center MN 56090 | $209,000.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $209,000.00 |
| Homestead Pasture: 13666 514th Ave, Vernon Center MN 56090 | $6,800.00 | (floating blanket loan) $430,000.00 | $0.00 | $6,800.00 | Minn. Stat. §§ 510.01, 510.02 | $0.00 |
| Northern Woods 4.4 Acres (joint tenant): R52.17.33.200.003 | $4,200.00 ($2,100.00 owned by the Spences) | (floating blanket loan) $430,000.00 | $2,100.00 | $0.00 | ~ | $2,100.00 |
| Deer River Township - Parcel ID #: 11-103-1102 | $14,400.00 | 0 | $7,200.00 | $0.00 | ~ | $7,200.00 |
| Land Resort Timeshare | $2,728.11 | (floating blanket loan) $430,000.00 | $2,728.11 | $0.00 | ~ | $2,728.11 |
| Vacation Village | $539.79 | (floating blanket loan) $430,000.00 | $539.79 | $0.00 | ~ | $539.79 |
| | | | **Amount Exempted** | **$451,700.00** | | **$221,567.90** |
| **Motor Vehicles** | **Value:** | **Secured Claims(s):** | **Net Asset Value:** | **Exemption Amount Claimed:** | **Exemption Law** | **Liquidation Value:** |
| 2000 Chevy Pick-Up 1500 | $200.00 | (floating blanket loan) $430,000.00 | $0.00 | $200.00 | Minn. Stat. § Subd. 12a. | $0.00 |
| 1989 Chevy Pick-Up 1500 | $250.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $250.00 |
| 2006 Chevy Pick-Up 1500 | $250.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $250.00 |
| 1996 Grand Prix | $250.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $250.00 |
| | | | **Amount Exempted** | **$200.00** | | **$750.00** |
| **Farm Equipment** | **Value:** | **Secured Claims(s):** | **Net Asset Value:** | **Exemption Amount Claimed:** | **Exemption Law** | **Liquidation Value:** |
| Case IH | $70,000.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $70,000.00 |
| Cash IH (225 MX) | $85,000.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $85,000.00 |
| John Deere 4240 | $11,000.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $11,000.00 |
| John Deere 955 70A | $5,000.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $5,000.00 |
| IH 450 Tractor | $1,000.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $1,000.00 |
| John Deere LX 277 (lawnmower with 40" deck) | $200.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $200.00 |
| 1996 Case IH 2188 (Combine Bin Extension) | $9,000.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $9,000.00 |
| 2008 Case IH 2208 (8 row non-chopper head) | $8,000.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $8,000.00 |
| 1020 Case IH | $5,000.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $5,000.00 |
| Killbrose UT 300 | $500.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $500.00 |
| 1998 White 6180 (16 row planter) | $8,000.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $8,000.00 |
| 2010 Case IH 200 (cultivator) | $22,000.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $22,000.00 |
| 2011 Case IH 870 (Disc Ripper) | $24,000.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $24,000.00 |
| John Deere 680 (23' Chisel Plow) | $3,500.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $3,500.00 |
| Brillion V. Ripper | $300.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $300.00 |
| 180 Cash IH Cultivator | $800.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $800.00 |
| 20" John Deere 400 Rotary Hoe | $150.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $150.00 |
| Loftness Stalk Chopper | $1,200.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $1,200.00 |
| 672 Brandt Grain Cart | $5,000.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $5,000.00 |
| Minnesota 250 Gravity Wagon | $400.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $400.00 |
| John Deere 6000 Sprayer | $4,750.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $4,750.00 |
| Century Spray Tank | $50.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $50.00 |
| 12 Row Spray Bender | $250.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $250.00 |
| Westfield Auger | $1,000.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $1,000.00 |

| Item | Value | Secured Claims(s) | Net Asset Value | Exemption Amount Claimed | Exemption Law | Liquidation Value |
|---|---|---|---|---|---|---|
| 800 Watt Gas Powered Generator | $250.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $250.00 |
| 1000 Gallon Fuel Tank | $170.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $170.00 |
| County Line Rotary Mower | $150.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $150.00 |
| Field Cultivator | $800.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $800.00 |
| Rotary Mower | $150.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $150.00 |
| Liquid Holding Tanks | $100.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $100.00 |
| 1997 IH 8200 6x4 Semi Tractor | $7,000.00 | (floating blanket loan) $430,000.00 | $0.00 | $7,000.00 | Minn. Stat. § 550.37 Subd. 5 | $7,000.00 |
| 2005 Freightliner Semi Tractor | $10,000.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $10,000.00 |
| 1996 GMC Topaz Top Kit Semi | $4,000.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $4,000.00 |
| 1979 IH 1824 Semi Tractor | $1,000.00 | (floating blanket loan) $430,000.00 | $0.00 | $1,000.00 | Minn. Stat. § 550.37 Subd. 5 | $0.00 |
| 1998 Jet Hopper Trailer | $6,500.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $6,500.00 |
| 2005 Jet Hopper Trailer | $6,000.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $6,000.00 |
| 1998 Jet Hopper Trailer | $100.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $100.00 |
| PJ Flatbed Trailer 44' Gooseneck | $7,500.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $7,500.00 |
| Cornpro Livestock Trailer SB-18 6 S | $600.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $600.00 |
| Gravity Box Seed Tender | $500.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $500.00 |
| Farming Tools (hammers, mills, saws, welding tools and material, saw horses, general farming tools) | $12,500.00 | (floating blanket loan) $430,000.00 | $0.00 | $12,500.00 | Minn. Stat. § Subd. 6. | $0.00 |
| | | | **Amount Exempted** | **$20,500.00** | **Liquidation Value:** | **$309,920.00** |

| Household Assets (Minn. Stat. 550.37 Subd.4(a)) | Value: | Secured Claims(s): | Net Asset Value: | Exemption Amount Claimed: | Exemption Law | Liquidation Value: |
|---|---|---|---|---|---|---|
| Household Goods and Furnishings as Scheduled (TV, Couchs, 3 recliners, kitchen table set, 2 Walnut Hutches, 4 Currios, 2 short currios, corner cirrio, DVD hutch, Dropleak ktichen table, Wooden shelf, Roll Top Desk and Chair, Computer Desk, Gun Cases, Clothing) | $1,630.00 | (floating blanket loan) $430,000.00 | $0.00 | $1,630.00 | Minn. Stat. § Subd. 4(a) - $11,250.00 | $0.00 |
| Horses (3) | $1,000.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $1,000.00 |
| Guns | $550.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $550.00 |
| Crystal Figurines | $1,571.00 | (floating blanket loan) $430,000.00 | $0.00 | $0.00 | ~ | $1,571.00 |
| Collectable Plates | $975.00 | (floating blanket loan) $430,000.00 | $0.00 | $975.00 | Minn. Stat. § Subd. 4(a) - $11,250.00 | $0.00 |
| Collectable Prints | $700.00 | (floating blanket loan) $430,000.00 | $0.00 | $700.00 | Minn. Stat. § Subd. 4(a) - $11,250.00 | $0.00 |
| Other Collectables (christmas decorations, dolls, toy tractors, etc) | $2,000.00 | (floating blanket loan) $430,000.00 | $0.00 | $2,000.00 | Minn. Stat. § Subd. 4(a) - $11,250.00 | $0.00 |
| | | | **Amount Exempted** | **$5,305.00** | | **$3,121.00** |

| Household Jewelry (Minn. Stat. § 550.37 Subd. 4(b)) | Value: | Secured Claims(s): | Net Asset Value: | Exemption Amount Claimed: | Exemption Law | Liquidation Value: |
|---|---|---|---|---|---|---|
| Jewelry | $3,000.00 | (floating blanket loan) $430,000.00 | $0.00 | $3,000.00 | Minn. Stat. § 550.37 Subd. 4(b). - $3,062.50 | $0.00 |
| | | | **Amount Exempted** | **$3,000.00** | | **$0.00** |

**Financial Assets**

| | | |
|---|---|---|
| Cash on Hand | | $0.00 |
| MinnStar Escrow Account | | $13,978.00 |
| MinnStar Account. | | $1,386.63 |
| Remaining Crop Proceeds from 2020 | | |
| | Check # 561269 | $12,105.48 |
| | Check #: 561344 | $31,497.74 |
| | Check #: 561254 | $11,157.17 |
| | Check #: 561343 | $46,404.80 |
| Surrender of Life Insurance Policies | | |
| | Talcott Resolution | $0.00 |
| | Catholic United Financial (Steve) | $28,182.75 |
| | Catholic United Financial (Theresa) | $4,628.49 |

| Equity Calculation | |
|---|---:|
| Real Estate Value: | $666,067.90 |
| Farming Equipment Value: | $309,920.00 |
| Crop Value: | $101,165.19 |
| Cash on Hand | $15,364.63 |
| Insurance Policy Surrender Value | $32,811.24 |
| Total Asset Value | $1,092,517.72 |
| Secured Claims | |
| Community Bank of Mankato ** | $404,000.00 |
| Exemptions | $480,705.00 |
| Liquidation Value | $207,812.72 |

**(Continues to grow because of attorney's fees)