# Exhibit B    Plan

**Revenue (2020 figures used as an example)**

| | Value | Bushels | Amount of Tillable Acres | Yeild of Bushels in 2020* | Average Proceeds from Crop per Acre | Guarenteed Proceeds per Acre from Insurance | Minimum Amount Receivable from Insurance |
|---|---|---|---|---|---|---|---|
| Corn ($5.29/bushel) | | | | | | | |
| Home | $27,047.77 | 5,113.00 | 33.77 | 151 | $940.00 | $800.00 | $27,016.00 |
| Cornish (1) | $68,661.29 | 12,979.45 | 74 | 175.39 | $940.00 | $800.00 | $59,200.00 |
| Cornish (2) | $81,923.00 | 15,486.39 | 108.48 | 142.75 | $940.00 | $800.00 | $86,784.00 |
| Riter | $54,904.91 | 10,379.00 | 70.5 | 147.21 | $940.00 | $800.00 | $56,400.00 |
| Soybeans ($13.55/bushel) | | | | | | | |
| Cornish (1) | $51,282.28 | 3,784.67 | 69.28 | 54.62 | $708.16 | $538.00 | $37,272.64 |
| Cornish (2) | $52,415.87 | 3,868.33 | 79.6 | 48.59 | $708.16 | $538.00 | $42,824.80 |
| Riter | $47,967.00 | 3,540.00 | 66.06 | 53.58 | $708.16 | $538.00 | $35,540.28 |
| Other Misc. Work (per year) | $10,000.00 | | | | | | $10,000.00 |
| **Total Crop Production** | **$394,202.12** | | | | | | **$355,037.72** |

**Expenses for Farming Operation (Expenses to be Paid by Approved Agrifund Loan)**

| | |
|---|---|
| Seed | $39,365.00 |
| Fertilizer | $26,015.00 |
| Chemicals | $13,125.00 |
| Crop Ins. | $11,730.00 |
| Drying Fuel | $4,300.00 |
| Fuel and Oil | $8,740.00 |
| Repairs | $18,240.00 |
| Labor | $1,575.00 |
| Land Rent | $112,125.00 |
| RE Taxes | $3,100.00 |
| Farm Insur. | $7,200.00 |
| Utilities | $5,400.00 |
| Misc. | $6,000.00 |
| ARM Loan Origination Fees | $3,411.00 |
| Total Estimated Expenses | $260,326.00 |
| Amount that Agrifund will cover | $245,000.00 |
| Potential Out of Pocket Expenses | $15,326.00 |
| Maximum ARM Interest Expense | $18,375.00 |
| **Operating Surplus** | **$115,501.12** |

| Additional Expected Incomes | Expected Proceeds | Listing Date | Anticipated Latest Date of Signed Purchase Agreement |
|---|---|---|---|
| Selling Daughter's Homestead | $195,000.00 | 5/1/21 | 8/1/21 |
| Additional Proceeds | $195,000.00 | | |

| Amounts Owed to Priority Creditors | Total Amount Due | Interest Rate | First 30 days | 12/01/21 | 04/01/22 | 12/01/22 | 04/01/23 | 12/01/23 | 04/01/24 | 12/1/2024 | 4/2/2025 | 12/1/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trustee | $27,751.19 | | | $3,691.88 | $2,963.73 | $3,705.63 | $2,963.87 | $3,705.63 | $5,659.05 | 2530.632 | | 2530.764 |
| Attorney Fees | $20,725.00 | | | $3,225.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | | | |
| Internal Revenue Services | $39,313.45 | | | $7,862.69 | | $7,862.69 | | $7,862.69 | | $7,862.69 | | $7,862.69 |
| Minnesota Department of Rev. | $24,189.75 | | | $4,837.95 | | $4,837.95 | | $4,837.95 | | $4,837.95 | | $4,837.95 |
| Blue Earth County | $7,640.72 | | $7,640.72 | | | | | | | | | |
| Total Priority | $119,620.11 | | | | | | | | | | | |

**Other Expenses**

| | |
|---|---|
| Living Draw ~~ | $60,622.60 |

| Amounts Owed to Secured Creditors | Total Amount Due | Interest Rate | | 12/01/21 | 04/01/22 | 12/01/22 | 04/01/23 | (Balloon Payment) 12/01/23 4/1/2024 | 12/1/2024 | 4/2/2025 | 12/1/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Community Bank of Mankato** | $447,681.00 | | | | | | | | | | |
| Current Total Secured Amount | $447,681.00 | | | | | | | | | | |

| | | | | 12/01/21 | 04/01/22 | 12/01/22 | 04/01/23 | 12/01/23 | 04/01/24 | 12/1/2024 | 4/2/2025 | 12/1/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subtracting Estimated Proceeds from House Sale | $195,000.00 | | | | | | | | | | | |
| Subtracting Additional Cash Collateral Received | $60,000.00 | | | | | | | | | | | |
| Subtracting Additional Cash Collateral Received from WHIP Payment | $6,989.25 | | | | | | | | | | | |
| Summer Total Secured Amount | $185,691.75 | 6% | | $20,000.00 | $10,000.00 | $20,000.00 | $10,000.00 | $20,000.00 | $105,691.75 | | | |
| **Amounts Owed to Unsecured Creditors** | | | | 12/01/21 | 04/01/22 | 12/01/22 | 04/01/23 | 12/01/23 | 04/01/24 | 12/1/2024 | 4/2/2025 | 12/1/2025 |
| Bank of America | $33,062.72 | | | | | | | | | | | |
| Midland Credit Management, Inc. | $5,380.00 | | | | | | | | | | | |
| John Deere Financial | $97,329.59 | | | | | | | | | | | |
| Central Region Cooperative | $53,790.33 | | | | | | | | | | | |
| Total Unsecured | $189,562.64 | 0% | | | $37,912.00 | | $37,912.00 | | $37,912.00 | $37,912.00 | | $37,914.64 |
| **Amounts Owed Newly Secured Debt** | | | | 1/15/2022 | | | | | | | | |
| ARM Loan (Maximum) | $245,000.00 | 10% | $18,375.00 | $263,375.00 | | | | | | | | |

\* Low yeild due to delay in financing of seed. Crops weren't put in until end of May.

\*\* This amount comes from subtracting 11,000 and an additional 25,000 from the original 440,000. 00. This is a rough estimate and this amount is consistently rising from attorney's fees and pending a successful Motion to for Use of Cash Collateral

~~(minus real estate taxes, farming insurance costs and utilities which are displayed elsewhere on the Excel Sheet - this number varies from the Plan only for display purposes)